■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAREEM HILL, Appellant. [748 NYS2d 476] —Judgment, Supreme Court, Bronx County (Edward McLaughlin, J.), rendered February 14, 2000, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in or near school grounds, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

After a suitable inquiry, the court properly found that defendant failed to successfully complete a drug program as required by the terms of his plea agreement, and properly exercised its discretion in imposing the sentence defendant had been warned

to expect in the event that he failed to complete the program (*see People v Avery*, 85 NY2d 503, 507-508; *People v Torres*, 277 AD2d 12, *lv denied* 96 NY2d 764; *see also Williams v New York*, 337 US 241). Concur—Tom, J.P., Sullivan, Rosenberger, Ellerin and Rubin, JJ.